# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Sherrill Manufacturing, Inc.

20–2208818  
102 East Seneca Street  
Sherrill, NY 13461

Case Number: 10–62669–6–dd

Chapter: 11

## NOTICE OF DEADLINES

Notice is hereby given regarding missing documents;

Deficiency Deadlines Updated. Atty Disclosure Statement due 10/18/2010. Declaration Concerning Schedules due 10/18/2010. Exhibit A due 10/18/10. List of Equity Security Holders due 10/18/2010. Schedules A–J due 10/18/2010. Statement of Financial Affairs due 10/18/2010.Statistical Summary Due 10/18/2010. Summary of schedules due 10/18/2010.Affidavit Pursuant to LR 2015 due by 10/12/2010. (Bingham, Debra)

Debtor(s) are responsible for curing deficiencies. The responsibility for preparing, submitting, and monitoring a complete filing rests with the filer(s). Do not rely on the Clerk's office to alert you regarding deficient case filings.

Please note: ***This case may be dismissed without further notice or hearing if the above document(s) are not timely filed with the Court***. For individual debtors, a completed statement of compliance with the credit counseling requirement, (Exhibit D), must be submitted with the petition together with the Certificate of Credit Counseling (if required). If Official Form D states that the debtor is not required to receive a credit counseling briefing due to incapacity, disability or because the debtor is on active military duty in a military combat zone, it must be accompanied by a motion.

Date: 10/5/10

KIM F. LEFEBVRE  
Clerk of the Bankruptcy Court